# United States District Court
## Western District of North Carolina
### Charlotte Division

Gregory L Tann**,**

Plaintiff(s),

vs.

Five Guys Burgers and Fries LLC et al

Defendant(s).

JUDGMENT IN CASE

3:18-cv-00593-GCM

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 26, 2019 Order.

February 26, 2019

*Frank G. John*

Frank G. Johns, Clerk
United States District Court